# EXHIBIT 2

# HINSHAW
& CULBERTSON LLP

April 4, 2006

**FACSIMILE TRANSMISSION**



**ATTORNEYS AT LAW**
780 Third Avenue
4th Floor
New York, NY 10017

T 212-471-6200
F 212-935-1166
www.hinshawlaw.com
rsupple@hinshawlaw.com

| | | | |
|---|---|---|---|
| **TO:** Marc Bruner | **COMPANY:** c/o Lanesborough Hotel London, England | **FAX NO.:** 011-44-020-7259-5606 | **PHONE NO.:** 011-44-020-7259-5599 |

**FROM:** Richard Supple     **USER ID:** _____

**MATTER NAME:** Hughes v. BCI et al.     **MATTER NO.:** 838180

**NO. OF PAGES (Including this Cover):** 5     **SENDING OPERATOR:** _____

**COMMENTS, IF ANY:**

Dear Mr. Bruner,

Roger Glenn at Edwards Angell Palmer & Dodge LLP has asked us to assume defense of the above-referenced litigation on behalf of you and Resource Venture Management AG. At his suggestion, I am faxing you a copy of our proposed retainer agreement, and e-mailing an pdf version of the same with wiring instructions to your colleague Tony Lotito. Please do not hesitate to call me with any questions. (Note that I will be unavailable most of tomorrow.)

I look forward to working with you.

Best regards,

*[signature]*

**HARD COPY:**
☐ Will follow by mail     ☐ Will follow by overnight mail     ☒ Will not follow

If you do not receive the number of pages listed above, please call 212-935-1100. The documents that accompany this facsimile contain confidential and privileged information and are intended solely for the use of the individual or entity to whom this transmission is directed. Any disclosure of the information herein is unauthorized and strictly prohibited. If you are not the intended recipient of this facsimile, please respond by facsimile to the number above or call the sending operator at our expense immediately so that we may arrange for the return of this document to us at no cost to you. Thank you.

Hinshaw & Culbertson LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

# HINSHAW
& CULBERTSON LLP

Richard Supple
Direct Dial: (212) 471-6210
rsupple@hinshawlaw.com

ATTORNEYS AT LAW
780 Third Avenue
4th Floor
New York, NY 10017-2024

212-471-6200
212-935-1166 (fax)
www.hinshawlaw.com

April 4, 2006

Mr. Marc A. Bruner
c/o Resource Venture Management AG
29 Blaunweg
Metzerlen 4116
Switzerland

Re: Letter of Engagement

Dear Mr. Bruner:

Thank you very much for retaining Hinshaw & Culbertson LLP ("H&C") to represent both Resource Venture Management AG ("RVM") and yourself personally in a civil matter currently pending in the United States District Court for the Southern District of New York, Hughes v. BCI International Holdings Incorporated et al., No. 05 CV 9085 (S.D.N.Y.). This letter describes the terms and conditions of our attorney-client relationship with RVM and you. If this agreement is acceptable, please sign this agreement and arrange for appropriate execution by RV and return one original to me. The other original is for your files.

Our fees for legal services are based primarily on the published hourly rates in effect for each lawyer, legal assistant, and paralegal in our firm at the time the services are rendered. Our hourly rates are reviewed annually and adjusted where appropriate. After reviewing the complaint in the Hughes matter, we intend to utilize three attorneys and appropriate support staff as needed. My current rate is $425 per hour. I intend to work closely in this matter with my partner Maranda Fritz, who has extensive trial and securities law experience. Maranda also charges $425 per hour. We will be supported by Ian Chesir-Teran, who charges $325 per hour.

Arizona  California  Florida  Illinois  Indiana  Massachusetts  Minnesota  Missouri  New York  Oregon  Rhode Island  Wisconsin

Mr. Marc A. Bruner
April 4, 2006
Page 2 of 4

We will normally bill you monthly for all fees and expenses in this matter unless there has been little or no activity, in which case charges will be included in the next month's bill. Payment is due within thirty (30) days of your receipt of the bill. We require receipt of a $10,000 retainer from you and RVM before entering an appearance in the Hughes case and starting work.

Expenses in connection with our representation of you will be shown on the monthly statement. These may include, but are not necessarily limited to: photocopying, delivery services, computerized legal research, any required secretarial overtime, travel expenses, court reporter fees, and any other litigation related fees necessary to your representation. When your case requires the services of a court reporter, expert, or other outside vendor, those vendors typically send us the bill. We will in turn forward the invoices to you for payment directly to the vendor. Please be sure to pay these bills promptly, as slow payment can interfere with our ability to arrange for those necessary services on your behalf.

Your confidence in H&C is appreciated. While we can make no guarantee as to the outcome of your case or matter, we promise you that at all times we will devote our full professional knowledge, experience and ability to your case. We will also provide you with copies of correspondence and legal documents relating to your case or matter, and will keep you apprised of its status. In turn, we expect that you will cooperate completely with H&C so that we can properly prepare your case and provide the high quality representation you deserve.

Should you not fulfill the conditions stated above, including any failure to pay our monthly statement for fees and expenses on a timely basis as described above, it is understood



05/04 2006 06:54 FAX 020 7259 5806    THE LANESBOROUGH    Apr  4 2006 20:33    P.04
Case 1:07-cv-09391-WHP    Document 1-3    Filed 10/19/2007    Page 5 of 6

Mr. Marc A. Bruner
April 4, 2006
Page 3 of 4

and agreed that H&C may withdraw from the representation upon notice to you and otherwise in accordance with the terms and requirements of the New York Lawyer's Code of Professional Responsibility. We will also withdraw upon your request. In the event of our complete withdrawal from this matter, we will be entitled to be paid for fees and costs incurred up to the time of our withdrawal. Should a dispute arise concerning our legal fees or costs which cannot be amicably resolved, either of us may seek mediation or arbitration pursuant to the New York State Fee Dispute Resolution Program (22 N.Y.C.R.R. § 137).

This letter agreement states the total understanding between us as to the scope of the representation and our fee arrangement. It authorizes H&C to act on your behalf. It shall be governed by the laws of the State of New York. Execution of it indicates a commitment by both parties to be bound by its terms. Please let me know immediately if you disagree with any of the rights and obligations described herein.

Once again, thank you for retaining H&C. We look forward to working with you.

Very truly yours,

HINSHAW & CULBERTSON LLP

By: _____
Richard Supple, Partner

Accepted:

RESOURCE VENTURE MANAGEMENT AG

By: _____

Date: APRIL 5, 2006

Mr. Marc A. Bruner
April 4, 2006
Page 4 of 4

MARC A. BRUNER

_____ [signature]

Date: _APRIL 5, 2006_