UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

HINSHAW & CULBERTSON LLP and
HOGUET NEWMAN REGAL
& KENNEY, LLP

                Plaintiffs,

   -against-

MARC A BRUNER, CARMEN LOTITO,
KELLY H. NELSON, RESOURCE VENTURE
MANAGEMENT AG, EQUISTAR CAPITAL,
LLC, BCI INTERNATIONAL HOLDINGS,
INC., BIO-COMPOSITES INTERNATIONAL
INC., and BIOFIBRE TECHNOLOGY
INTERNATIONAL, INC.,

                Defendants.

07 CIV 9391

RULE 7.1(a) STATEMENT
07 Civ. 9391 (WHP)
ECF Case

OCT 1 9 2007
U.S.D.C. S.D. N.Y.
CASHIERS

------------------------------------------------------------x

      For their disclosure pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure plaintiffs Hinshaw & Culbertson, LLP and Hoguet Newman Regal & Kenney, LLP state as follows: Hinshaw & Culbertson, LLP and Hoguet Newman Regal & Kenney, LLP have no corporate parents. There is no publicly held corporation that owns 10% or more of the stock of Hinshaw & Culbertson, LLP or Hoguet Newman Regal & Kenney, LLP.

Dated: New York, New York
October 19, 2007

HOGUET NEWMAN & REGAL, LLP

By: _/s/ Fredric S. Newman_
Fredric S. Newman (FN 3174)
10 East 40th Street
New York, New York 10016-0301
(212) 689-8808
