UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
HINSHAW & CULBERTSON LLP and
HOGUET NEWMAN REGAL & KENNEY, LLP,

                Plaintiffs,                              07 Civ. 9391 (WHP)

    -against-                                     ECF CASE

MARC A. BRUNER, CARMEN LOTITO,
KELLY H. NELSON, RESOURCE VENTURE        **NOTICE OF APPEARANCE**
MANAGEMENT AG, EQUISTAR CAPITAL,
LLC, BCI INTERNATIONAL HOLDINGS, INC.,
BIO-COMPOSITES INTERNATIONAL, INC.,
and BIOFIBRE TECHNOLOGY
INTERNATIONAL, INC.,

                Defendants.
----------------------------------------------------------------x

        PLEASE TAKE NOTICE that the undersigned appears as counsel of record for plaintiff Hoguet Newman Regal & Kenney, LLP.

Dated: New York, New York
         October 29, 2007

                                                  HOGUET NEWMAN REGAL & KENNEY, LLP

                                                  By: _____
                                                         Laura M. Midwood (LM 6712)

                                                         10 East 40th Street
                                                         New York, New York 10016
                                                         212-689-8808