UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
HINSHAW & CULBERTSON LLP and
HOGUET NEWMAN REGAL & KENNEY, LLP,

                           Plaintiffs,                          07 Civ. 9391 (WHP)

             -against-                          ECF CASE

MARC A. BRUNER, CARMEN LOTITO,
KELLY H. NELSON, RESOURCE VENTURE
MANAGEMENT AG, EQUISTAR CAPITAL,         **NOTICE OF APPEARANCE**
LLC, BCI INTERNATIONAL HOLDINGS, INC.,
BIO-COMPOSITES INTERNATIONAL, INC.,
and BIOFIBRE TECHNOLOGY
INTERNATIONAL, INC.,

                          Defendants.
-------------------------------------------------------------------X

        PLEASE TAKE NOTICE that the undersigned appears as counsel of record for plaintiff

Hinshaw & Culbertson LLP.

Dated: November 13, 2007
       New York, New York

                      HINSHAW & CULBERTSON LLP

                      By:_____
                         J. Richard Supple (JRS 3549)

                        780 Third Avenue, 4th Floor
                        New York, New York 10017
                        (212) 471-6200