UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HINSHAW & CULBERTSON LLP and HOGUET
NEWMAN REGAL & KENNEY, LLP,

        Plaintiffs,

  -against-

MARC A. BRUNER, CARMEN LOTITO, KELLY
H. NELSON, RESOURCE VENTURE
MANAGEMENT AG, EQUISTAR CAPITAL, LLC,
BCI INTERNATIONAL HOLDINGS, INC., BIO-
COMPOSITES INTERNATIONAL, INC., and
BIOFIBRE TECHNOLOGY INTERNATIONAL,
INC.,

        Defendants.

DISCLOSURE STATEMENT
PURSUANT TO F.R.C.P. RULE 7.1
07 Civ. 9391 (WHP)
ECF Case

---

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Resource Venture Management, AG ("RVM"), Equistar Capital, LLC ("Equistar"), BCI International Holdings, Inc. ("BCI"), Bio-Composites International, Inc. ("Bio-Composites") and BioFibre Technology International, Inc. ("BioFibre"), hereby submit their disclosure statement.

      1.    <u>Resource Venture Management, A.G.</u>  Defendant Resource Venture Management A.G. is a privately held entity organized under the laws of Switzerland.  Resource Venture Management does not have a parent corporation, and no publicly held corporation owns 10% or more of Resource Venture Management, A.G.'s stock.

      2.    <u>Equistar Capital, LLC.</u>  Defendant Equistar Capital, LLC is a privately held Utah limited liability company.  Equistar Capital does not have a parent corporation, and no publicly held corporation owns 10% or more of Equistar Capital, LLC's stock.

      3.    <u>BCI International Holdings, Inc.</u>  Defendant BCI International Holdings, Inc. is a privately held Delaware corporation.  BCI International Holdings, Inc does not have a parent

corporation and no publicly held corporation owns 10% or more of BCI International Holdings, Inc.'s stock.

4. <u>Bio-Composites International, Inc.</u> Defendant Bio-Composites International, Inc. is a privately held Delaware corporation. Bio Composites International, Inc. does not have a parent corporation and no publicly held corporation owns 10% or more of Bio-Composites International, Inc.'s stock.

5. <u>BioFibre Technology International, Inc.</u> Defendant BioFibre Technology International, Inc. is a privately held Maryland corporation. BioFibre Technology, Inc.'s parent entity is Metrostar Capital Development, LLC, a Nevada limited liability company. No publicly held corporation owns 10% or more of BioFibre Technology International, Inc's stock.

DATED: December 18, 2007
New York, New York:

Respectfully submitted,

By: *Bryan Berson*
Bryan Berson (BB 3271)
PATTON BOGGS, LLP
1675 Broadway
New York, NY 10019

267628                                                2

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2007, I electronically filed a true and correct copy of the foregoing DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. RULE 7.1 with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

J. Richard Supple, Jr.
HINSHAW & CULBERTSON LLP
780 Third Avenue
New York, NY 10017

Frederick S. Newman
HOGUET NEWMAN REGAL & KENNEY
10 E 40th Street
New York, NY 10016

*Bryan L. Berson*