UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                                   :
HINSHAW & CULBERTSON LLP et ano.,
                                                   :
             Plaintiffs,                   07 Civ. 9391 (WHP)
                                                   :
            -against-                     SCHEDULING ORDER No. 1
                                                   :
MARC A. BRUNER et al.,
                                                   :
             Defendants.
                                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

       On consent of the parties, the initial pre-trial conference in this action is adjourned until February 15, 2008 at 9:45 a.m. This Court will also hold a pre-motion conference at that time.

Dated: January 28, 2008
       New York, New York

                              SO ORDERED:

                              _____
                              WILLIAM H. PAULEY III
                                    U.S.D.J.

*Counsel of record:*

John Richard Supple, Jr, Esq.
Hinshaw & Culbertson LLP
780 Third Avenue
New York, NY 10017
*Counsel for Plaintiff Hinshaw & Culbertson LLP*

Laura Melim Midwood, Esq.
Fredric S. Newman, Esq.
Hoguet Newman & Regal, LLP
10 East 40th Street
New York, NY 10016
*Counsel for Plaintiff Hoguet Newman Regal & Kenney, LLP*

Bryan Lane Berson, Esq.
Patton Boggs LLP
1675 Broadway, 31st Floor
New York, NY 10019
*Counsel for Defendants*