RECEIVED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HINSHAW & CULBERTSON LLP and HOGUET
NEWMAN REGAL & KENNEY, LLP,

                    Plaintiffs,

        -against-

MARC A. BRUNER, CARMEN LOTITO, KELLY
H. NELSON, RESOURCE VENTURE
MANAGEMENT AG, EQUISTAR CAPITAL,
LLC, BCI INTERNATIONAL HOLDINGS, INC.,
BIO-COMPOSITES INTERNATIONAL, INC., and
BIOFIBRE TECHNOLOGY INTERNATIONAL,
INC.,

                    Defendants.

MOTION TO ADMIT COUNSEL
PRO HAC VICE
07 Civ. 9391 (WHP)
ECF Case

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I, Bryan L. Berson, a member in good standing of

the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

        Hugh C. Thatcher
        Patton Boggs LLP
        1801 California Street, Suite 4900
        Denver, Colorado 80202
        303-830-1776
        303-894-9239, facsimile

Mr. Thatcher is a member in good standing of the Bar of the States of Colorado and Arizona.

There are no pending disciplinary proceedings against Mr. Thatcher in any State or Federal

court.

DATED: January 14, 2008
New York, New York:

265709

Respectfully submitted,

By: _Bryan L. Berson_

Bryan L. Berson (BB3271)
PATTON BOGGS, LLP
1675 Broadway
New York, NY 10019

## CERTIFICATE OF SERVICE

I hereby certify that on January _14_ , 2008, I caused a true and correct copy of the foregoing

MOTION TO ADMIT COUNSEL PRO HAC VICE, AFFIDAVIT IN SUPPORT OF MOTION

TO ADMIT PRO HAC VICE and PROPOSED ORDER to be placed into the US Mail, postage

prepaid, addressed to the following:


J. Richard Supple, Jr.
HINSHAW & CULBERTSON LLP
780 Third Avenue
New York, NY 10017

Frederick S. Newman
HOGUET NEWMAN REGAL & KENNEY
10 E 40th Street
New York, NY 10016

_Bryan L. Berson_

265709



# SUPREME COURT
## State of Colorado,

STATE OF COLORADO, ss:

I, **Susan J. Festag** _Clerk of the Supreme Court of the State of_

_Colorado, do hereby certify that_

### HUGH CHADWICK THATCHER

_has been duly licensed and admitted to practice as an_

## ATTORNEY AND COUNSELOR AT LAW

_within this State; and that his/her name appears upon the Roll of Attorneys_

_and Counselors at Law in my office of date the_ **14th**

_day of_ **May** _A. D._ **2001** _and that at the date hereof_

_the said_ **HUGH CHADWICK THATCHER**

_is in good standing at this Bar._

IN WITNESS WHEREOF, _I have hereunto subscribed my name and_
_affixed the Seal of said Supreme Court, at Denver, in said State, this_

**3rd** _day of_ **January** _A. D._ **2008**

**Susan J. Festag**

_Clerk_

# CERTIFICATE OF GOOD STANDING
## ISSUED BY THE DISCIPLINARY CLERK
## FOR AND ON BEHALF OF
## THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **HUGH CHADWICK THATCHER,** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on November 22, 1999, and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.



Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this 4th day of January, 2008.

*Nancy Swetnam*

Nancy Swetnam
Acting Disciplinary Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HINSHAW & CULBERTSON LLP and HOGUET
NEWMAN REGAL & KENNEY, LLP,

> Plaintiffs,

-against-

MARC A. BRUNER, CARMEN LOTITO, KELLY
H. NELSON, RESOURCE VENTURE
MANAGEMENT AG, EQUISTAR CAPITAL,
LLC, BCI INTERNATIONAL HOLDINGS, INC.,
BIO-COMPOSITES INTERNATIONAL, INC., and
BIOFIBRE TECHNOLOGY INTERNATIONAL,
INC.,

> Defendants.

AFFIDAVIT OF BRYAN L.
BERSON IN SUPPORT OF
MOTION TO ADMIT COUNSEL
PRO HAC VICE
07 Civ. 9391 (WHP)
ECF Case

---

State of New York              )
                               )  ss.
City and County of New York)

Bryan L. Berson, being duly sworn, hereby deposes and says as follows:

1.   I am an Associate at the law firm of Patton Boggs, LLP and counsel for Defendants in the

above captioned action.  I am familiar with the proceedings in this case.  I make this

statement based on my personal knowledge of the facts set forth herein and in support of

Defendants' motion to admit Hugh C. Thatcher as counsel pro hac vice to represent the

Defendants in this matter.

2.   I am a member in good standing of the bar of the State of New York, and was admitted to

practice law in January 22, 2003.  I am also admitted to the bar of the United States

District Court for the Southern District of New York, and am in good standing with this

Court.

265713

3.    Hugh C. Thatcher is an Associate at the law firm of Patton Boggs LLP. I know Mr.

Thatcher through our association as members of the same law firm, he in the Denver,

Colorado office and I in the New York, New York office.

4.    I have found Mr. Thatcher to be a skilled attorney, a person of integrity and high moral

character. He is experienced in Federal practice and is familiar with the Federal Rules of

Procedure.

5.    Accordingly, I am pleased to move the admission of Hugh C. Thatcher, pro hac vice.

6.    I respectfully submit a proposed order granting the admission of Hugh C. Thatcher, pro

hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Hugh C. Thatcher, pro hac

vice, to represent Defendants in the above captioned matter, be granted.

DATED:  January 11, 2008
New York, New York:


                                        Respectfully submitted,

                                        By: _Bryan L. Berson_____
                                        Bryan L. Berson (BB3271)
                                        PATTON BOGGS, LLP
                                        1675 Broadway
                                        New York, NY  10019


SWORN BEFORE ME this 11th day of January, 2008.


My commission expires:  2011

                                        ___Doreen S. Thompson___
                                        Notary Public

                                        DOREEN S. THOMPSON
                                        Notary Public, State of New York
                                        No. 41-4897990
                                        Qualified in Queens County
                                        Commission Expires June 8, 2011


265713

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HINSHAW & CULBERTSON LLP and HOGUET
NEWMAN REGAL & KENNEY, LLP,

            Plaintiffs,

    -against-

MARC A. BRUNER, CARMEN LOTITIO, KELLY
H. NELSON, RESOURCE VENTURE
MANAGEMENT AG, EQUISTAR CAPITAL,
LLC, BCI INTERNATIONAL HOLDINGS, INC.,
BIO-COMPOSITES INTERNALTIONAL, INC.,
and BIOFIBRE TECHNOLOGY
INTERNATIONAL, INC.,

            Defendants.

                           ORDER FOR ADMISSION
                           PRO HAC VICE
                         ON WRITTEN MOTION
                         07 Civ. 9391 (WHP)
                            ECF Case

---

Upon the Motion of Bryan L. Berson attorney for Defendant and said sponsor attorney's

affidavit in support;

IT IS HEREBY ORDERED that

      Hugh C. Thatcher
      PATTON BOGGS LLP
      1801 California Street, Suite 4900
      Denver, Colorado   80202
      303-830-1776
      303-894-9239, facsimile
      hthatcher@pattonboggs.com

is admitted to practice pro hac vice as counsel for Defendant in the above captioned case in the

United States District Court for the Southern District of New York.  All attorneys appearing

before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system,

265720

counsel shall immediately apply for an ECF password at <u>nysd.uscourts.gov</u>.  Counsel shall

forward the pro hac vice fee to the Clerk of Court.


DATED:  January ___, 2008
New York, New York:


                                        By:_____
                                        United States District Court Judge

265720