```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
                                   :
HINSHAW & CULBERTSON LLP et ano.,  :    07 Civ. 9391 (WHP)
                                   :
              Plaintiff,           :    ORDER
                                   :
         -against-                 :
                                   :
MARC A. BRUNER et al.,             :
                                   :
              Defendants.          :
                                   :
----------------------------------X
```

WILLIAM H. PAULEY III, District Judge:

        Counsel for the parties having stated on the record on February 15, 2008 that this action will be settled, it is ordered that this action is discontinued without costs to any party, and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days of the date of this Order. The Clerk of Court is directed to mark this case closed.

Dated:    February 15, 2008
            New York, New York

                                            SO ORDERED:

                                            WILLIAM H. PAULEY III
                                                  U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/2008

*Counsel of Record:*

John Richard Supple, Jr, Esq.
Hinshaw & Culbertson LLP
780 Third Avenue
New York, NY 10017
*Counsel for Plaintiff Hinshaw & Culbertson LLP*

Laura Melim Midwood, Esq.
Fredric S. Newman, Esq.
Hoguet Newman & Regal, LLP
10 East 40th Street
New York, NY 10016
*Counsel for Plaintiff Hoguet Newman Regal & Kenney, LLP*

Daniel F. Mulvihill, Esq.
Patton Boggs LLP
1675 Broadway, 31st Floor
New York, NY 10019
*Counsel for Defendants*