

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HINSHAW & CULBERTSON LLP and
HOGUET NEWMAN REGAL & KENNEY,
LLP,

        Plaintiffs,

-against-

MARC A. BRUNER, CARMEN LOTITO,
KELLY H. NELSON, RESOURCE VENTURE
MANAGEMENT AG, EQUISTAR CAPITAL,
LLC, BCI INTERNATIONAL HOLDINGS,
INC., BIO-COMPOSITES INTERNATIONAL,
INC., and BIOFIBRE TECHNOLOGY
INTERNATIONAL, INC.,

        Defendants.

JUDGMENT

07 Civ. 9391 (WHP)

ECF Case

---

    This action came on for hearing before the Court, Honorable William H. Pauley, District Judge, presiding, and the issues having been duly presented together with a stipulation by the parties resolving all issues and this judgment having been consented to by the undersigned defendants and by counsel of record for all parties,

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Plaintiff Hinshaw & Culbertson LLP recover of the defendants Marc A. Bruner, Carmen Lotito, Kelly H. Nelson, BCI International Holdings, Inc., Bio-Composites International, Inc., Resource Venture Management, AG, and Equistar Capital, LLC, jointly and severally, the sum of Three Hundred Seventy-five Thousand Dollars ($375,000).

2. Plaintiff Hoguet Newman Regal & Kenney, LLP recover of the defendants Marc A. Bruner, Carmen Lotito, Kelly H. Nelson, BCI International Holdings, Inc., Bio-Composites International, Inc., Resource Venture Management, AG, and Equistar Capital, LLC, jointly and severally, the sum of Two Hundred Thirty Thousand Dollars ($230,000).

3. All parties shall bear their own costs and attorneys' fees.

Dated: New York, New York, this 19th day of ~~February~~ March, 2008.

                        **SO ORDERED:**

                        _____
                        U.S.D.J.

**ENTRY OF THE FOREGOING JUDGMENT IS HEREBY CONSENTED.**

_____      _____
MARC A. BRUNER, individually      CARMEN J. LOTITO, individually

_____
KELLY H. NELSON, individually

EQUISTAR CAPITAL LLC      RESOURCE VENTURE MANAGEMENT AG

By: Kelly H. Nelson      By:
Printed Name:      Printed Name: MARC A BRUNER
Title: managing member      Title:

BCI INTERNATIONAL HOLDINGS, INC.    BIO-COMPOSITE INTERNATIONAL, INC.

By: _____        By: _____
Printed Name:                         Printed Name:
Title:                                Title:



J. Richard Supple
Hinshaw & Culbertson, LLP
780 Third Avenue
New York, NY 10017
Attorneys for Hinshaw & Culbertson, LLP


Fredric S. Newman
Hoguet Newman Regal & Kenney, LLP
10 East 40th St.
New York, NY 10016
Attorneys for Hoguet Newman Regal & Kenney, LLP

_____
John Voorhees
Hugh C. Thatcher
PATTON BOGGS LLP
1801 California Street, Ste. 4900
Denver, CO 80202

Attorneys for all Defendants