UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
HINSHAW & CULBERTSON LLP and
HOGUET NEWMAN REGAL & KENNEY, LLP,

                 Plaintiffs,

    -against-

MARC A. BRUNER, CARMEN LOTITO,
KELLY H. NELSON, RESOURCE VENTURE
MANAGEMENT AG, EQUISTAR CAPITAL,
LLC, BCI INTERNATIONAL HOLDINGS, INC.,
BIO-COMPOSITES INTERNATIONAL, INC.,
and BIOFIBRE TECHNOLOGY
INTERNATIONAL, INC.,

                 Defendants.
------------------------------------------------------------x

07 Civ. 9391 (WHP)

ECF CASE

**PARTIAL SATISFACTION
OF JUDGMENT**

#08/0493

WHEREAS, a judgment was entered in the above action on the 25th day of March, 2008, in favor of plaintiffs Hinshaw & Culbertson LLP ("H&C") and Hoguet Newman Regal & Kenney, LLP ("HNRK") and against defendants Marc A. Bruner, Carmen Lotito, Kelly H. Nelson, Resource Venture Management AG, Equistar Capital, LLC, BCI International Holdings, Inc., Bio-Composites International, Inc. and BioFibre Technology International, Inc. in the amounts of $375,000 for H&C and $230,000 for HNRK, and said judgment thereon having been partially paid in the amounts of $25,000 to H&C and $25,000 to HNRK on the 15th day of March, 2008.

THEREFORE, partial satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the partial satisfaction on the docket of said judgment.

Dated: New York, New York
April 1, 2008

HINSHAW & CULBERTSON, LLP

By: _____
J. Richard Supple

780 Third Avenue
New York, New York 10017

HOGUET NEWMAN REGAL & KENNEY, LLP

By: _____
Laura M. Midwood

10 East 40th Street
New York, New York 10016

THEREFORE, partial satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the partial satisfaction on the docket of said judgment.

Dated: New York, New York
      April 1, 2008

HINSHAW & CULBERTSON, LLP

By:_____
       J. Richard Supple

      780 Third Avenue
      New York, New York 10017

HOGUET NEWMAN REGAL & KENNEY, LLP

By: _____
      Laura M. Midwood

      10 East 40th Street
      New York, New York 10016